SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
STEVEN W. MYHRE
Nevada Bar No. 9635
JUSTIN J. WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Steven.Myhre@usdoj.gov
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-142-JAD-EJY |
| Plaintiff, | **Lis Pendens** |
| v. | |
| DAVID RYAN LINDEN and RICK KIRAN SAGA, | |
| Defendants. | |
| 2965 S. Jones Boulevard, Las Vegas, Clark County, Nevada 89146, APN: 163-11-704-016, as more particularly described below. | |

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court on a Superseding Criminal Indictment of the United States of America to secure the judicial forfeiture of the real property known as 2965 S. Jones Boulevard, Las Vegas, Clark County, Nevada 89146, more particularly described as:

That portion of the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4) of Section 11, Township 21 South, Range 60 East, M.D. & M., being described as follows:

Parcel I:

Lots Three (3) and Four (4) as shown by map thereof in File 6 of Parcel Maps, Page 55, in the Office of the County Recorder, Clark County, Nevada.

And

Parcel II:

Lot Three (3) as shown by map thereof in File 2 of Parcel Maps, Page 27, in the Office of the County Recorder, Clark County, Nevada, and all improvements and appurtenances thereon, APN: 163-11-704-016.

to the United States of America under NRS 14.010, 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(7) for violations of 18 U.S.C. §§ 371, 666, and 1001.

DATED this ___ day of June 2025.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

STEVEN W. MYHRE
Assistant United States Attorney

STATE OF NEVADA     )
                    ) ss
COUNTY OF CLARK     )

On this 3rd day of June 2025, Steven W. Myhre, a person personally known to me or proven to me by satisfactory evidence, appeared before me, a Notary Public, and executed the foregoing Lis Pendens in my presence.

_____
NOTARY PUBLIC

Cortney Bivens
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 21-1661-01
My Appt. Expires 11/20/2025

2