TODD BLANCHE
Deputy Attorney General of the United Stated
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
SKYLER PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAVID RYAN LINDEN, ET AL<br>Defendant. | Case No. 2:24-cr-00142-JAD-EJY<br>**NOTICE OF APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Skyler Pearson, Assistant United States Attorney has been assigned as counsel in the above captioned case.

DATED this 17th day of December 2025

Respectfully submitted,

/s/Todd Blanche
Deputy Attorney General

/s/ *Skyler Pearson*
SKYLER PEARSON
Assistant United States Attorney